UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEVEN THIFAULT, :
Defendant,
:
-vs- :
Crim. No.: 1:01-cr-00101 ET
UNITED STATES OF AMERICA, :
Respondant.
:

**PETITION FOR ORDER COMPELLING COUNSEL TO FORWARD ENTIRE CASE FILE AND ALL OTHER REQUESTED MATERIALS TO DEFENDANT**

COMES NOW, I, STEVEN THIFAULT (hereinafter 'Defendant') the Defendant in the above captioned legal matter, and does so move this Honorable Court to issue an ORDER, pursuant to rights protected by the First and Fifth Amendments of the Constitution of the United States of America, instructing trial Counsel to forward entire case file and all other requested materials to Defendant within twenty (20) days.

In support of granting this petition, Defendant states the following:

1. Scott A. Lutes (hereinafter 'Mr. Lutes'), an attorney was retaintive by Defendant to represent him in the above captioned legal matter and was informed by attorney Mr. Lutes that all discovery documents would be provided to defendant upon his Defendant's request.

2. The United States Attorney's Office did so provide to Mr. Lutes with certain materials and/or documents in accordance with the automatic Rules of discovery.

## BASIS FOR PETITION

On October 3, 2006, Defendant forwarded to Mr. Lutes via correspondence Certified Mail return receipt requested through counsel a complete copy of his Attorney client privilege file. However Mr. Lutes had completely disregarded defendant's request for documents. See Defendant's Attached Letter. (Attachment "1").

On November 6, 2006, the Defendant once again reiterates as he did in his (Defendant's) first request for complete copy of Defendant's case file, (See Attachment "2"), however Mr. Lutes finally provides Defendant information regarding such case file and the information states that: "I am in the process of tracking it down. Unfortunately it is not in the closed out box where it is supposed to be and I have had to manually search through hundreds of other files, so far to no avail. Please be patient, I will continue to look until it is found and will send it to you."

Defendant has patiently waited for over Fifty (50) days for documents to no avail, and believes that sufficient time has past and hereby respectfully request for this Honorable Court to issue an ORDER ordering Attorney Mr.Lutes to turn over to Defendant in which is entitled a complete copy of his (Defendant's) entire case file within twenty (20) days or what ever is most fitting with this Court. (See Attorney's Letter Attachment "3").

WHEREFORE, I, STEVEN THIFAULT, the Defendant in the above caption matter hereby respectfully moves upon this Honorable Court to issue an ORDER compelling Counsel to forward to Defendant his entire case file and all other documents this Honorable Court may deem Defendant to be entitled.

RESPECTFULLY PRESENTED,

Steven Thifault
STEVEN THIFAULT, PRO-SE
BOP REG. No.05081-070

1-28-07

Cc. Inmate file
Attorney Scott A. Lutes
[Clerk Of The Court]

Attachment

Steven Thifault, R#25081-070
Federal Correctional Institution
P.O Box 9006, Ray Brook

By Certified Mail
7005 3110 0003 1886 5995

October 3, 2006

Scott Lutes, Attorney at Law
127 Dorrance Street
Providence, Rhode Island 02903

Re: Forwarding of Client's Case File
And Actual And Constructive Notice

Dear Mr. Lutes:

I am requesting that you please forward to me All documents and other materials comprising my Attorney client privilege file (motions, transcripts, etc.).

I have previously requested that a family member call you for information regarding the forwarding of such documents and if such information had been received by your office, if so I request that you please provide me with the information I now request.

Actual AND CONSTRUCTIVE LEGAL NOTICE

I, Steven Thifault does so hereby provide you with actual and constuctive legal notice, of the following:

(1) An Attorney has legal obligations to their clients which extend beyond the dates where the legal proceedings and representations ends. See Model Rules of Professional Conduct.

(2) A lawyer shall promptly comply with reasonable requests for information for his/her client. See Model Rules of Professional Conduct; Noland v. French, 134 F.3d 208 (4th Cir. 1998).

(3) A defendant in seeking to litigate legal claims, pro-se, is entitled to the records necessary to prepare and file any required pleadings. Miller v. Wainwright, 798 F.2d 426 (11th Cir. 1986); Griffin v. Illinois, 351 U.S. 12 (1956); Lane v. Brown, 372 U.S. 477 (1963).

(4) A client has a property interest in the case file produced during the judicial proceedings in a criminal case. See Am Jur 2d, Vol. 63C, PROPERTY §§ 1-40.

You have been hereby noticed and no further notice will be provided. I sincerely ask that you respond to the letter/Notice within a reasonable time and provide the Information I have requested.

Thank you kindly for your time and assistance in this matter.

Respectfully Presented,
Steven Thibault

Attachment "2"

STEVEN THIFAULT, BOP REG. No.05081-070
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 9006, FCI RAY BROOK
RAY BROOK, NEW YORK 12977

BY CERTIFIED MAIL: 7002 0510 0000 3838 0579

Attorney at Law
127 Dorrance Street
Providence, Rhode Island 02903

Re: Steven Thifault v. United States Of America
Crim. Action No.1:01-cr-00101-01T

November 6, 2006

Dear Mr. Lutes

Greetings;

Once again I am requesting a complete copy of my attorney cliant file, Motion(s) Transcript(s), Attorney letter(s) etc, If this request is either excluded or ignored I will have no other choice but to seek District Court intervention.

I request that you turn over to me all documents comprising my case file within ten days of the sending of this letter, if for any reason you still wish to ignore my request, a motion will be immediately filed with the District Court so that an ORDER will be issued ordering Attorney Scott Lutes to turn over to Steven Thifault all documents/information belonging to him. Please, your cooperation is expected.

Thank you kindly for your time and assistance in this matter. I look forward to your most prompt and courteous reply.

Respectfully Presented,

Steven Thifault

Steven Thifault, Pro-se
BOP Reg.No.05081-070

Cc: Inmate file
U.S District Court

encl. [previous letter to attorney]

attachment "3"

# SCOTT A. LUTES

Attorney At Law
www.scottluteslaw.com

127 DORRANCE STREET
PROVIDENCE, RHODE ISLAND 02903

TELEPHONE (401) 861-1142
FACSIMILE (401) 490-3207

November 15, 2006

Steven Thifault #05081-070
FCI Ray Brook
P.O. Box 9006
Ray Brook, NY 12977

**Re: Request for file**

Dear Mr. Thifault:

I am in receipt of your correspondence requesting a copy of your file. I am in the process of tracking it down. Unfortunately it is not in the closed out box where it is supposed to be and I have had to manually search through hundreds of other files, so far to no avail. Please be patient, I will continue to look until it is found and will send it to you.

On a personal note, please accept my deepest condolences on the loss of your brother, Travis. I know words are not adequate to compensate you for your loss, but I wanted you to know that you and your family are in my thoughts.

Sincerely,

Scott A. Lutes

SAL/mos