UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 01-101 T |
| | : | |
| STEVEN THIFAULT | : | |

**NOTICE AND ORDER**

Attorney Scott A. Lutes is directed to file a response to the Petition for Order Compelling Counsel to Forward Entire Case File and All Other Requested Materials to Defendant (Document #20) ("Petition"). The Petition was filed by Steven Thifault ("Petitioner") on or about February 9, 2007. Such response shall be filed on or about Friday, March 16, 2007.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
March 2, 2007