**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**Vs. : CR. No. 01-101T**

**STEVEN THIFAULT :**

**RESPONSE TO ORDER TO FORWARD CASE FILE**

Now comes attorney Scott A. Lutes and Replies to the Court's Order to Forward Entire Case File and All Other Requested Materials to the Defendant as follows. After diligent search of all of counsel's closed cases, the requested materials could not be located.

In support of this Response counsel avers that the above case file, counsel's file # 01-038, should have been contained in closed out box #13. All other files contained in Box 13 are present with the exception of the Petitioner's file. Counsel has retained every file he has ever opened since 1986 and has made a diligent search of all closed client files dating back to that date in the hope that it was somehow misfiled. Unfortunately the file has not been located. The only explanation for this is that the file was somehow lost, or it was given to the Petitioner at his request, at the conclusion of representation. Counsel has no recollection whether he returned the file to the client or not. Usually, counsel will have clients sign an acknowledgement of receipt of their entire file whenever a file is given to a client in this manner. No acknowledgment of receipt of file was uncovered in this matter.

In an effort to assist his former client, counsel will contact the U.S. Attorney's Office to see whether they have copies of discovery letters or police reports associated

with this case. Counsel's recollection of this matter is that it was an "open file" discovery case.

Counsel requests an additional ten (10) days in which to contact the Government and attempt to "reconstruct" the file for the Petitioner's benefit.

Respectfully submitted,

/s/ Scott A. Lutes

Scott A. Lutes, R.I. Bar #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

(401) 861-1142