UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 01-101 T |
| | : | |
| STEVEN THIFAULT | : | |

**ORDER GRANTING PETITION**

Before the Court is the Petition for Order Compelling Counsel to Forward Entire Case File and All Other Requested Materials to Defendant (Document ("Doc.") #20) ("Petition"). On March 2, 2007, the Court issued a Notice and Order, directing Attorney Scott A. Lutes to file a response to the Petition by March 16, 2007. See Notice and Order (Doc. #21). Attorney Lutes filed a response on March 16, 2007, which stated that he had made a diligent search for the materials requested by Defendant Thifault and that they could not be located. See Response to Order to Forward Case File (Doc. #22) at 1. Attorney Lutes further stated that he would contact the U.S. Attorney's Office to see whether that Office has copies of discovery letters or police reports associated with Defendant's case. See id. at 1-2.

At approximately 4:40 p.m. on April 10, 2007, Attorney Lutes delivered to the Court "a copy of the Government's file on Steven Thifault." Letter from Lutes to Martin, M.J., of 4/10/07. Accordingly, the Petition is granted to the extent that the Clerk is directed to forward to Defendant Thifault the documents delivered by Attorney Lutes to the Court on April 10, 2007, and a copy of Attorney Lutes' letter to this Magistrate Judge of April 10, 2007.

So ordered.

ENTER:

/s/ David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
April 11, 2007